# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-111 |
| ) | |
| LUIS ROJAS CAY, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON** – Change of Plea

Before Judge W. Scott Hardy

Nicole Vasquez Schmitt, AUSA          Jake D. Morrison, AFPD
Appeared for U.S.A.                   Appeared for Defendant

Hearing begun 3/5/26 at 10:00 a.m.     Hearing adjourned to _____
Hearing concluded 3/5/26 at 10:46 a.m. Stenographer: M. Moore
                                       Interpreter: A. Lahr
                                       Clerk: K. Woffington

Oath administered to Interpreter; Oath administered to Defendant; Court finds Defendant competent to participate; Court asks Defendant questions from colloquy and Defendant indicates understanding; Court details charges in Counts One and Two of the Indictment and verifies that Defendant intends to plead guilty to those charges; Court advises Defendant of trial rights and Defendant indicates understanding of same; AUSA summarizes plea agreement and Defendant verifies accuracy of same; Court asks about and Defendant indicates understanding of Sentencing Guidelines application and potential statutory penalties; Government details elements of offenses and summarizes evidence against Defendant; Court finds factual basis adequate; Defendant indicates desire to plead guilty; Defendant confirms that he knowingly and voluntarily signed Plea Agreement and change of plea form; Court accepts Defendant's change of plea and enters a judgment of guilt as to Counts One and Two of the Indictment at CR 24-111; Court orders preparation of Presentence Investigation Report; Sentencing is set for 7/8/26 at 9:30 a.m.; Defendant is remanded to custody of the U.S. Marshal pending sentencing.